*E-Filed 03/17/2010*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HAI QUOC TRAN, | No. C 10-0882 RS |
| Plaintiff, | **ORDER** |
| v. | |
| FIDELITY KEEGAN, et al., | |
| Defendants. | |

    I hereby recuse myself from hearing or determining any matters which have been referred to me as District Judge in the above-entitled action. The Clerk of Court shall reassign the referred matters in this case to another District Judge.

IT IS SO ORDERED.

Dated: 03/17/2010

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 10-0882
ORDER

**THIS IS TO CERTIFY THAT NOTICE OF THIS DOCUMENT WAS ELECTRONICALLY PROVIDED* TO:**

Jon A.C. Vonder Haar          jvonderhaar@smithdollar.com, dblock@smithdollar.com

Rachel M. Dollar          rdollar@smithdollar.com, agarner@smithdollar.com, jrazor@smithdollar.com, lmartinez@smithdollar.com, soates@smithdollar.com

Sherrill Ann Oates          soates@smithdollar.com

**AND A HARD COPY OF THIS ORDER WAS MAILED TO:**

Hai Quoc Tran
1137 Silver Maple Lane
Hayward, CA 94544

DATED: 03/17/2010

/s/ Chambers Staff
Chambers of Judge Richard Seeborg

* Counsel are responsible for distributing copies of this document to any co-counsel who have not registered with the Court's electronic filing system.

No. C 10-0882 RS
ORDER

2