**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HAI QUOC TRAN,

    Plaintiff,

v.

FIDELITY KEEGAN, MORTGAGE ELECTRONIC SYSTEMS, INC., METROCITIES MORTGAGE, LLC, DBA NO RED TAPE MORTGAGE, J.P. MORGAN CHASE, CALIFORNIA RECONVEYANCE COMPANY, PROSPECT MORTGAGE, and DOES 1 to 100,

    Defendants.

No. C 10-00882 WHA

**ORDER TO SHOW CAUSE**

Plaintiff, proceeding *pro se*, has filed twelve claims relating to a mortgage loan that he obtained. Defendants JP Morgan Chase Bank, N.A., California Reconveyance Company and Mortgage Electronic Registration System, Inc. filed a motion to dismiss scheduled to be heard on May 13, 2010. Pursuant to Civil Local Rule 7-3, any brief in opposition to the motion from plaintiff was due on April 22, 2010, but no such opposition has been received. Plaintiff is **ORDERED** to respond by **MAY 10, 2010, AT NOON**, and show cause for his failure to respond to the motion in accordance with Civil Local Rule 7-3(a) or alternately to file statement of nonopposition to the motion as required by Civil Local Rule 7-3(b). This order to show cause

does not constitute permission to file a late opposition. The hearing scheduled for May 13, 2010, is **VACATED**. A new hearing shall be noticed by the Court if necessary. Plaintiff's failure to respond to the order to show cause will likely result in dismissal.

**IT IS SO ORDERED.**

Dated: April 26, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2