IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HAI QUOC TRAN,

    Plaintiff,

v.

FIDELITY KEEGAN, MORTGAGE ELECTRONIC SYSTEMS, INC., METROCITIES MORTGAGE, LLC, DBA NO RED TAPE MORTGAGE, J.P. MORGAN CHASE, CALIFORNIA RECONVEYANCE COMPANY, PROSPECT MORTGAGE, and DOES 1 to 100,

    Defendants.

No. C 10-00882 WHA

**ORDER DISMISSING CASE**

Plaintiff, proceeding *pro se*, has filed twelve claims relating to a mortgage loan that he obtained. Defendants JP Morgan Chase Bank, N.A., California Reconveyance Company and Mortgage Electronic Registration System, Inc. filed a motion to dismiss scheduled to be heard on May 13, 2010. Pursuant to Civil Local Rule 7-3, any brief in opposition to the motion from plaintiff was due on April 22, 2010, but no such opposition was received. Plaintiff was ordered to show cause for his failure to respond to the motion in accordance with Civil Local Rule 7-3(a) or alternately to file statement of nonopposition to the motion as required by Civil Local Rule 7-3(b). Plaintiff was warned that his failure to respond to the order to show cause "will likely result in dismissal" (Dkt. No. 19). Yet again, the deadline has passed and plaintiff has not provided a response.

As described, plaintiff has repeatedly failed to respond in a timely fashion. Due to plaintiff's failure to prosecute, this action will be **DISMISSED WITHOUT LEAVE TO AMEND**. Judgment shall be entered.

**IT IS SO ORDERED.**

Dated: May 25, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE