United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HAI QUOC TRAN,

    Plaintiff,

v.

FIDELITY KEEGAN, MORTGAGE ELECTRONIC SYSTEMS, INC., METROCITIES MORTGAGE, LLC, DBA NO RED TAPE MORTGAGE, J.P. MORGAN CHASE, CALIFORNIA RECONVEYANCE COMPANY, PROSPECT MORTGAGE, and DOES 1 to 100,

    Defendants.
    /

No. C 10-00882 WHA

**JUDGMENT**

For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiff.  The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: May 25, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE